# UNITED STATES BANKRUPTCY COURT

# FOR THE

# EASTERN DISTRICT OF VIRGINIA

In Re:
Cecelia Anne Vinson-Payne　　　　　　　　　　Case # 20-11977-BFK

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| CECELIA ANNE VINSON-PAYNE<br>903 South Orme<br>Arlington, VA  22204 | $900.00 |

Dated:　　　February 16, 2021　　　　　__/s/Thomas P. Gorman_____
　　　　　　　　　　　　　　　　　　　　Thomas P. Gorman
　　　　　　　　　　　　　　　　　　　　300 North Washington Street, Ste. 400
　　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　　(703) 836-2226
　　　　　　　　　　　　　　　　　　　　VSB#26421